UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                             )<br>                         Plaintiff,          )<br>                                                             )<br>             v.                                             )<br>                                                             )<br>**LOUIS HORVATH**,                         )<br>                                                             )<br>                         Defendant.      )<br>_____) | 2:07-CR-00233-RCJ-PAL<br><br>GOVERNMENT'S MOTION TO<br>DISMISS INDICTMENT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses with prejudice the charges brought against defendant LOUIS HORVATH that are contained in the above-captioned Indictment which was returned on September 25, 2007.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

  /s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 11th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE